UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DEUTSCHE BANK TRUST COMPANY,  No. C 09-05490 JCS

    Plaintiff(s),

**ORDER TO SHOW CAUSE**

  v.

VICTOR CRUZ,

    Defendant(s).
_____/

Pursuant to Civil L.R. 16-2, a case management conference was scheduled on February 26, 2010, at 1:30 p.m., before this Court in the above-entitled case. Plaintiff was not present. Defendant was not present.

IT IS HEREBY ORDERED that Plaintiff and Defendant shall appear on **March 26, 2010, at 1:30 p.m.,** before Magistrate Judge Joseph C. Spero, in Courtroom A, 15th Floor, 450 Golden Gate Avenue, San Francisco, California, and then and there to show cause why this action should not be remanded to State Court for lack of subject matter jurisdiction, and why sanctions should not be imposed on Plaintiff and Defendant for failure to appear as ordered by the Court on November 19, 2009.

IT IS SO ORDERED.

Dated: March 1, 2010

_____
JOSEPH C. SPERO
United States Magistrate Judge