UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEUTSCHE BANK TRUST COMPANY,<br><br>    Plaintiff,<br><br> v.<br><br>VICTOR CRUZ et al,<br><br>    Defendant.<br>_____/ | Case Number: CV09-05490 JCS<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 2, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Daniel Kei Fujimoto
The Wolf Firm
2955 Main Street, Second Floor
Irvine, CA 92614

Victor Cruz
5176 Grass Valley Way
Antioch, CA 94531

Dated: March 2, 2010

Richard W. Wieking, Clerk
By: Karen Hom, Deputy Clerk